Eastern District of Kentucky
**FILED**

MAY 25 2006

AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

No. 7:06-cr-11 KKC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE

THE UNITED STATES OF AMERICA

v.

WILLIAM KYLE SWEENEY

# INDICTMENT

18/1791(a)(2) - possession of contraband in prison - 1 Count

A TRUE BILL

FOREPERSON

Filed in Open Court on May 25, 2006

CLERK

Bail, $

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE

UNITED STATES OF AMERICA

V.                                                                               INDICTMENT NO. _____
                                                                                 18 U.S.C. § 1791(a)(2)

WILLIAM KYLE SWEENEY

\* \* \* \* \*

THE GRAND JURY CHARGES:

On or about September 14, 2004, in Martin County, in the Eastern District of Kentucky,

WILLIAM KYLE SWEENEY,

being an inmate at United States Penitentiary Big Sandy, did knowingly possess a prohibited object, that is, approximately 10.130 grams of heroin, a Schedule I narcotic drug as listed in 21 U.S.C. §§ 802(17)(A) and 812, all in violation of 18 U.S.C. 1791(a)(2).

A TRUE BILL

_____
FOREPERSON

_____
AMUL R. THAPAR
UNITED STATES ATTORNEY

## PENALTIES

Not more than 20 years imprisonment (consecutive), $250,000 fine, and 3 years supervised release.

**PLUS:**   Mandatory special assessment of $100.